```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMIE ALLEYNE-MORRIS,                          :
                                               :
                         Plaintiff,            :
                                               :         1:25-cv-4430-GHW
            -against-                          :
                                               :              ORDER
FOURTH WALL RESTAURANTS, LLC, doing            :
business as QUALITY BRANDED, et al.,           :
                                               :
                         Defendants.           :
                                               :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2025

GREGORY H. WOODS, United States District Judge:

In the Court's order dated May 29, 2025, Dkt. No. 6, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than July 29, 2025. The Court has not received the joint status letter. The parties are directed to comply with the Court's May 29, 2025 order forthwith and in any event no later than August 1, 2025.

SO ORDERED.

Dated: July 30, 2025  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge