USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JAMIE ALLEYNE-MORRIS,                      :
                                           :
                          Plaintiff,       :
                                           :                    1:25-cv-4430-GHW
            -against-                       :
                                           :                        ORDER
FOURTH WALL RESTAURANTS, LLC, *et al.*,    :
                                           :
                          Defendants.      :
                                           :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On March 10, 2026, the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than March 24, 2026.  Dkt. No. 25.  Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's March 10, 2026 order forthwith, and in no event later than April 10, 2026.

SO ORDERED.

Dated:  March 27, 2026
New York, New York
                                        _____
                                             GREGORY H. WOODS
                                          United States District Judge